AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
JUL 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE GODINES-GOMES | CASE NUMBER: 08CR2210-W |

I, __JOSE GODINES-GOMES__, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C. Sec. 1001, Making a False Statement to a Federal officer Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/3/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Godines Gomes_
Defendant

_Jennifer C._
Counsel for Defendant

Before _[signature]_
Judicial Officer